# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| RANDY SANDERSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JMS TRUCKING, INC., et al., <br><br> Defendants. | CIVIL NO. 1:22-CV-00059-LTS-KEM <br> Hon. Chief Judge Leonard T. Strand <br><br> **JOINT STATUS REPORT AS OF FEBRUARY 15, 2023** |

Pursuant to the Court's October 17, 2022, Order, Plaintiffs, Randy Sanderson, Isaiah Hughes & Sons Trucking LLC, Final Destination Trucking, LLC, Conway Transport, LLC, Brandon Souder, Brian Hott, Christopher Schwartz, James Terry, Tyler Mann, Austin Schaub, and Omegaline Logistics, LLC, and Defendants, JMS Trucking, Inc., JMS Transportation Co., Inc., and JMS Dedicated Services, L.C., (collectively, the "Parties"), through their undersigned counsel, hereby submit this Joint Status Report as of February 15, 2023.

Following entry of the Court's Order staying the deadlines in this case to permit the Parties time to focus their attention and resources toward settlement discussions, the Parties engaged the Honorable Judge John A. Jarvey to mediate their dispute, with mediation initially being scheduled to occur January 25, 2023. In mid-January, however, the Parties agreed to postpone the mediation in order to permit additional time to evaluate the class data and prepare for mediation. As a result, the Parties rescheduled their mediation to occur on February 28, 2023. The Parties intend to proceed with mediation before Judge Jarvey as scheduled on February 28, 2023, and to provide a further status report to the Court thereafter. Accordingly, the Parties respectfully ask that the stay in this case remain in place until such time as the Court receives the Parties' further status report

following mediation, which the Parties intend to submit to this Court by no later than March 10, 2023.

WHEREFORE, the Parties respectfully request that the stay in this matter be continued until at least March 10, 2023, by which date the Parties will submit a further status report to the Court, advising the Court as to whether their mediation was successful and proposing new deadlines for proceeding in this matter as applicable.

Dated: February 15, 2023                              Respectfully submitted,

| | |
|---|---|
| SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C. | DORSEY & WHITNEY LLP |
| /s/Karen B. Reisinger | /s/Kirk W. Schuler |
| Karen B. Reisinger, *admitted pro hac vice* | Kirk W. Schuler (#AT0008844) |
| Christopher J. Eckhart, *admitted pro hac vice* | 801 Grand Ave., Suite 4100 |
| 10 West Market Street, Suite 1400 | Des Moines, IA 50309 |
| Indianapolis, IN 46204 | Tel: (515) 283-1000 |
| Tel: 317-637-1777 | Fax: (515) 283-1060 |
| Fax: 317-687-2414 | Email: schuler.kirk@dorsey.com |
| Email: ceckhart@scopelitis.com | |
|       kreisinger@scopelitis.com | |
| -and- | -and- |
| SIMMONS PERRINE MOYER BERGMAN PLC | Michael Stinson, *admitted pro hac vice* |
| Kevin J. Visser, AT0008101 | Charles J. Pults, *admitted pro hac vice* |
| Nicholas Peterson, AT0012570 | 50 South Sixth Street, Suite 1500 |
| 115 Third Street SE, Suite 1200 | Minneapolis, MN 55402-1498 |
| Cedar Rapids, IA 52401-1266 | Tel: (612) 340-2600 |
| P: 319-366-7641 | Email: stinson.mike@dorsey.com |
| F: 319-366-1917 |       pults.charles@dorsey.com |
| Email: kvisser@sbmlaw.com | |
|       npetersen@sbmlaw.com | *Attorneys for Plaintiffs* |
| *Attorneys for Defendants* | |